497 A.2d 609

**Anthony A. DeRUBEIS, et al.**

v.

**Philip E. McCOSBY, et al.**

**KEYSTONE BANK**

v.

**Anthony A. DeRUBEIS, et al.**

Supreme Court of Pennsylvania.

Sept. 6, 1985.

350

Petition for Allowance of Appeal GRANTED, Nos. 70 through 73 W.D. Appeal Docket 1985.